RECEIVED
OCT 16 2024
BY MAIL

IN THE UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

FILED
OCT 11 2024
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

| | |
|---|---|
| Daniel Human, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v | ) No. 4:24-cv-01264 |
| | ) 24SL-CC-03764 |
| Groundworks FRS, LLC, | ) ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Daniel Human, and hereby dismisses all claims against Defendant Groundworks FRS, LLC, with prejudice.

Respectfully submitted,

/s/Daniel Human
/s/Daniel Human
10423 Conway Rd.
St. Louis, MO 63131
Danh11polo@gmail.com
(314) 915-2988

### Certificate of Service

Plaintiff certifies that a true copy of the foregoing dismissal was emailed to counsel of record on this 11th day of October 2024.

/s/Daniel Human
Daniel Human



Daniel Human
10423 Conway Rd.
Saint Louis, MO 63131

RECEIVED
OCT 16 2024
BY MAIL

SAINT LOUIS MO 630
11 OCT 2024 PM 9 L

U.S. District Court
Eastern District of Missouri.
111 S. 10th St.
St. Louis, MO 63102
ATTN: Clerk, Nathan Graves

63102-112894